Anthony WILLIAMS, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 71761.

Missouri Court of Appeals,
Eastern District,
Division Six.

Aug. 26, 1997.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

### ORDER

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).

Nathaniel JEFFERSON,
Movant–Appellant,

v.

STATE of Missouri, Respondent–
Respondent.

No. 71986.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 26, 1997.

Elaine A. Marten, St. Louis, for Movant–Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent–Respondent.

Before DOWD, P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Nathaniel Jefferson (Movant) appeals from the denial of his Rule 24.035 motion following an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).